# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-533-FDW-DCK

DISABLED PATRIOTS OF AMERICA, INC.
And OWEN HARTY,

v.

PROMENADE SHOPPING CENTER, LLC,
_____

## ORDER ON
## PLAINTIFFS OWEN DUNN AND DISABLED PATRIOTS OF AMERICA, INC.'S MOTION FOR EXTENSION OF TIME OF 4 DAYS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs Owen Dunn And Disabled Patriots Of America, Inc.'s Motion For Extension Of Time Of 4 Days To Respond To Defendant's Motion To Dismiss" (Document No. 10) filed January 13, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs Owen Dunn And Disabled Patriots Of America, Inc.'s Motion For Extension Of Time Of 4 Days To Respond To Defendant's Motion To Dismiss" is **GRANTED**. Plaintiffs shall have up to and including **January 19, 2009** to file a response to Defendant's Motion to Dismiss.

Signed: January 14, 2009

David C. Keesler
United States Magistrate Judge