# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## Civil Action No. 3:08-CV-00533-FDW-DCK

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-for Profit Corporation, and OWEN HARTY, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PROMENADE SHOPPING CENTER LLC, a North Carolina Limited Liability Company, STAPLES, INC., a Delaware Corporation; LOWES FOOD STORES, INC., a North Carolina Corporation; THE AUTRY GROUP, INC. (Café Carolina & Bakery, Inc.) a North Carolina Corporation, and STORE DOE #1 to #40, doing business as Promenade on Providence, Charlotte, North Carolina;<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Promenade Shopping Center, LLC's Consent Motion To Stay Initial Attorneys Conference (local Rule 16.1)" (Document No. 34) filed October 7, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review. Having fully considered the motion, and noting consent of Plaintiffs' counsel, the undersigned will grant the requested extension.

**IT IS, THEREFORE, ORDERED** that "Defendant Promenade Shopping Center, LLC's Consent Motion To Stay Initial Attorneys Conference (local Rule 16.1)" (Document No. 34) is **GRANTED**. The parties shall have up to and including **October 21, 2009** to conduct the Rule 26(f) Initial Attorneys Conference.

Signed: October 8, 2009

David C. Keesler
United States Magistrate Judge